ESTHER SEWARD, Appellant, v. KENNETH N. SEWARD, Respondent.— Under the facts appearing on the application, the motion to amend the judgment should have been granted to the extent stated above. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

(December 10, 1951.)

HERMAN BERGER, Appellant, v. JOHN G. CAMPO, Respondent.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

EDITH L. BLACKBURN, Appellant, v. UNIVERSITY GARDENS PROPERTY OWNERS ASSOCIATION, INC., Respondent, et al., Defendants.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.